DAVID W. HITTLE, OSB #741427
Suite 200, 3040 Commercial Street
Salem, OR 97302
Tel.: (503)371-3844
Fax.: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA ROBBERSTAD

      Plaintiff,

    v

CAROLYN COLVIN,
Acting Commissioner of Social
Security,

      Defendant.

Civil No. 6:12-cv-00253-HA

ORDER FOR EAJA FEES

Based upon the Joint Application, it is hereby ORDERED that

Plainitff is awarded attorney fees in the amount of $3,000.00 under the

Equal Access to Justice Act 28 U.S.C. §2412, pursuant to 28 U.S.C. §1920.

DATED this 28 day of May, 2013.

_____
UNITED STATES JUDGE

Presented by:

/s/ David W. Hittle
DAVID W. HITTLE, OSB# 741427
Attorney for Plaintiff


/s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ,
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration